

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-19-00570-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Olga **HURON** and Dianna Rico,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05317
Honorable J Frank Davis, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice[1]
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

     The en banc court has considered Appellant's motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

---

[1] Dissents to the denial of the motion for en banc reconsideration.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.



MICHAEL A. CRUZ, Clerk of Court